# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

      v.                              Crim. No. 4:10-CR-28-2-FL

BOYCE WAYNE FLOYD, JR.

      On Wednesday, January 4, 2012, the above named was placed on supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

      Respectfully submitted,

      /s/ Dwayne K. Benfield  
      Dwayne K. Benfield  
      Supervising U.S. Probation Officer

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **2nd** day of **April**, 2014.

      Louise W. Flanagan  
      U.S. District Judge